ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG 1 5 2014

CLERK, U.S. DISTRICT COURT
By _____
                    Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. |
| GARLAND SCOTT JOHNSON (01) | 4-14 CR- 170 - 0 |

## INDICTMENT

The Grand Jury Charges:

### Count One
### Felon in Possession of Firearm
### (Violation of 18 U.S.C. § 922(g)(1))

On or about August 7, 2014, in the Fort Worth Division of the Northern District of Texas, defendant **Garland Scott Johnson**, being a person who had been convicted in a court of a crime punishable by imprisonment for a term in excess of one year, that is, a felony offense, did knowingly possess in and affecting interstate commerce, a firearm, to wit, a Harrington and Richardson, Model 929, .22 caliber revolver, bearing serial number AR21774.

In violation of 18 U.S.C. § 922(g)(1) and 924(e)(1).

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction of the offense alleged in count one of this indictment, and pursuant

to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), defendant **Garland Scott Johnson** shall

forfeit to the United States of America any firearm and ammunition involved in or used in

the knowing commission of the offense, including but not limited to, the following: a

Harrington and Richardson, Model 929, .22 caliber revolver, bearing serial number

AR21774.

A TRUE BILL

_____
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_____
SHAWN SMITH
Assistant United States Attorney
Texas Bar No.   24033206
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone:   817-252-5200
Facsimile:   817-252-5455

**Indictment - Page 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

GARLAND SCOTT JOHNSON (01)

INDICTMENT

18 U.S.C. § 922(g)(1) and 924(e)(1)

Felon in Possession of a Firearm

(1 COUNT)

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

Forfeiture

A true bill rendered:

FORT WORTH                                    FOREPERSON

Filed in open court this 13th day of August, A.D. 2014.

Defendant in Custody

_____
UNITED STATES DISTRICT JUDGE
(Magistrate Case No. 4:14-MJ-347)